ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Dr., Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Defendant Navient Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN J. SIMMS AND SHERRY J. SIMMS,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC. ,<br><br>Defendant. | Case No. 2:15-cv-01808-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR NAVIENT SOLUTIONS, INC. TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>**(FIRST REQUEST)** |

Plaintiffs John J. Simms and Sherry J. Simms (**Plaintiffs**) and Defendant Navient Solutions, Inc. (**NSI**), (collectively, **the parties**), by and through their undersigned counsel, submit the following Stipulation to allow NSI a brief extension of seven days to file a reply brief in further support of its motion to compel arbitration and stay proceedings. Plaintiffs filed their opposition on November 19, 2015. (ECF No. 9) Pursuant to the Stipulation of the parties, NSI shall have until December 7, 2015 to file a reply in further support of its motion to compel arbitration and stay proceedings.

The parties enter into this Stipulation in order to provide additional time for NSI to prepare its reply.

This is the parties' first request for an extension.

{36678033;1}                              1

DATED this 25th day of November, 2015.

| **HAINES & KRIEGER, LLC** | **AKERMAN LLP** |
|---|---|
| */s/ David Krieger*<br>DAVID H. KRIEGER, ESQ.<br>HAINES & KRIEGER, LLC<br>Nevada Bar No, 9086<br>8985 S. Eastern Avenue, Suite 130<br>Las Vegas, NV  89123<br><br>*Attorneys for Plaintiff* | */s/ Matthew Knepper*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MATTHEW I. KNEPPER<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant Navient Solutions, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 3, 2015

{36678033;1}

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of November, 2015 and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR NAVIENT SOLUTIONS, INC. TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** addressed to:

George Haines, Esq.
David H. Krieger, Esq.
Haines and Krieger, LLC
8985 S. Eastern Avenue Suite 130
Henderson, NV 89123
Ghaines@HainesandKrieger.COM
dkrieger@hainesandkrieger.com

/s/ *Matthew Knepper, Esq.*
An employee of AKERMAN LLP

{36678033;1}                                         3