ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com

TAYLOR T. HAYWOOD, ESQ.
Colorado Bar No. 46664 (Admitted PHV)
AKERMAN LLP
1400 Wewatta Street, Suite 500
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile:  (303) 260-7714
Email: taylor.haywood@akerman.com

*Attorneys for Defendant Navient Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN J. SIMMS AND SHERRY J. SIMMS, <br><br> Plaintiff, <br> vs. <br><br> NAVIENT SOLUTIONS, INC., <br><br> Defendant. | Case No. 2:15-cv-01808-GMN-PAL <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

{38928928;1}

Plaintiffs John J. Simms and Sherry J. Simms (**Plaintiffs**) and defendant Navient Solutions, Inc. (**NSI**), by and through their respective counsel, stipulate to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own attorneys' fees and costs.

| This the 12th day of August, 2016. | This the 15th day of August, 2016. |
|---|---|
| **HAINES & KRIEGER** | **AKERMAN LLP** |
| */s/ David H. Krieger\** | */s/ Vatana Lay* |
| GEORGE HAINES, ESQ.<br>Nevada Bar No. 9411<br>DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123 | ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 |
| *Attorneys for Plaintiffs John J. Simms and Sherry J. Simms* | */s/ Taylor T. Haywood* |
| *\*E-signature affixed by Akerman LLP; approved by counsel via email August 12, 2016* | TAYLOR T. HAYWOOD, ESQ.<br>Colorado Bar No. 46664 (Admitted PHV)<br>1400 Wewatta Street, Suite 500<br>Denver, Colorado 80202 |
| | *Attorneys for Defendant Navient Solutions, Inc.* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: August 17, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify on the 15th day of August, 2016, and pursuant to Federal Rule of Civil Procedure 5, I filed and served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** via the Court's CM/ECF system on the following:

George Haines, Esq.
David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123

*Attorneys for Plaintiffs*

/s/ Nick Mangels
An employee of AKERMAN LLP

{38928928;1}

3